NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEE MEMORIAL HEALTH SYSTEM,  )
            )
   Appellant/Cross-Appellee, )
            )
v.            )   Case No. 2D15-5490
            )
ALLSTATE INSURANCE CO.,   )
            )
   Appellee/Cross-Appellant, )
            )
and           )
            )
GEICO GENERAL INSURANCE CO., )
            )
   Appellee.      )
_____)

Opinion filed July 17, 2019.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

Hala Sandridge of Buchanan Ingersoll &
Rooney PC, Tampa, for Appellant/Cross-
Appellee.

John P. Joy and Sara M. Sandler of
Walton Lantaff Schroeder & Carson LLP,
Fort Lauderdale, for Appellee/Cross-
Appellant Allstate Insurance Co.

Angela C. Flowers of Kubicki Draper,
Ocala, for Appellee Geico Insurance Co.


PER CURIAM.

Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.